IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>        Petitioner,<br><br>   v.<br><br>MIKE KNOWLES,<br><br>        Respondent. | CV F 03-5122 REC WMW HC<br><br>ORDER GRANTING MOTIONS TO CONTINUE TO HOLD CASE IN ABEYANCE<br><br>[**Docs.** 39, 41, 42] |

      Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. This case is being held in abeyance pursuant to an order of the court entered November 20, 2003. As required by the court, Petitioner files status reports every three months concerning the exhaustion of his claims in state court. On September 22, 2005, December 9, 2005, and February 17, 2005, Petitioner filed requests that this court continue to hold his case in abeyance pending the exhaustion of his claims in state court. Good cause appearing, Petitioner's requests are HEREBY GRANTED and this case will continue to be held in abeyance pending further order of the

court.  Petitioner is directed to continue filing his regular status reports.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                           **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE

2