IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MIKE KNOWLES,<br><br>　　　　Respondent.<br>_____ | CV F 03-5122 LJO WMW HC<br><br>ORDER DENYING AS MOOT<br>MOTIONS TO CONTINUE TO<br>HOLD CASE IN ABEYANCE<br><br>[Docs. 40, 47] |

　　　　Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court.  This case is being held in abeyance pursuant to an order of the court entered November 20, 2003.  As required by the court, Petitioner files status reports every three months concerning the exhaustion of his claims in state court.  On September 22, 2005, and August 9, 2006, Petitioner filed requests that this court continue to hold his case in abeyance pending the exhaustion of his claims in state court.  These requests have  become moot, because the case has been held in abeyance

1  through the present time. Accordingly, Petitioner's requests are HEREBY DENIED as moot.

2  IT IS SO ORDERED.

3  **Dated:   March 1, 2007**                    **/s/  William M. Wunderlich**
   bl0dc4                                                   UNITED STATES MAGISTRATE JUDGE

2