IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN MIKE KNOWLES,<br>et al.,<br><br>　　　　Respondent.<br>_____/ | CASE NO. CV F 03-5122 LJO WMW<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE**<br>(Doc. 55.) |

　　　　This action was randomly reassigned to United States District Judge Lawrence J. O'Neill upon his recent elevation as district judge. As he did when he was assigned this action as a magistrate judge, District Judge O'Neill recuses himself from this action and requests this Court's clerk to reassign another district judge to this action. There is no need to respond to petitioner's false accusations raised in his papers filed on March 7, 2007. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

　　　　IT IS SO ORDERED.

**Dated:　March 12, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1