IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CARL F. HARRISON,** | ) | CV F 03-5122 OWW WMW HC |
| | ) | |
| Petitioner, | ) | **ORDER DENYING AS MOOT** |
| | ) | **MOTIONS TO CONTINUE TO** |
| v. | ) | **HOLD CASE IN ABEYANCE** |
| | ) | |
| | ) | [Docs. 48, 49, 51] |
| **MIKE KNOWLES,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. This case is being held in abeyance pursuant to an order of the court entered November 20, 2003. As required by the court, Petitioner files status reports every three months concerning the exhaustion of his claims in state court. On September 18, 2006, October 30, 2006, and January 17, 2007, Petitioner filed requests that this court continue to hold his case in abeyance pending the exhaustion of his claims in state court. These requests have become moot, because the case has been held

1  in abeyance through the present time.  Accordingly, Petitioner's requests are HEREBY
2  DENIED as moot.
3  IT IS SO ORDERED.
4  **Dated:   May 29, 2007**              **/s/  William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE

2