IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL F. HARRISON, | ) | CV F 03-5122 LJO WMW HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION |
| | ) | TO AMEND PETITION |
| v. | ) | |
| | ) | [Doc. 52] |
| | ) | |
| MIKE KNOWLES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. The case is proceeding on the first amended petition filed September 10, 2003. This case is being held in abeyance pursuant to an order of the court entered November 20, 2003. As required by the court, Petitioner files status reports every three months concerning the exhaustion of his claims in state court. On February 6, 2007, Petitioner filed a status report informing this court that the California Supreme Court had issued a ruling on his habeas corpus petition pending in that court.

1 Petitioner now moves the court to amend his petition with his additional, newly exhausted
2 claims.  Good cause appearing, Petitioner's motion is GRANTED and Petitioner is
3 GRANTED thirty (30) days from the date of service of this order to file an amendment to his
4 first amended petition, raising only the newly-exhausted issues.   The court will issue further
5 orders after reviewing Petitioner's amendment.
6 IT IS SO ORDERED.
7 **Dated:   May 29, 2007**                             **/s/  William M. Wunderlich**
                                                                  UNITED STATES MAGISTRATE JUDGE

2