IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL F. HARRISON,** )<br>  )<br>            **Petitioner,** )<br>  )<br>   v.  )<br>  )<br>**MIKE KNOWLES,** )<br>  )<br>            **Respondent.** )<br>_____ ) | 1: **03-CV- 5122 OWW WMW HC**<br><br>**ORDER DENYING MOTION FOR CHANGE OF VENUE**<br><br>[Doc. 59 ] |

Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court.  On June 1, 2007, Petitioner filed a motion for a change of venue, for the purpose of preventing District Judge Lawrence J. O'Neill from having any involvement in this case.  Petitioner states that District Judge O'Neill was the trial judge in the criminal case challenged in this habeas corpus petition. This case is assigned to District Judge Oliver W. Wanger and Magistrate Judge William M. Wunderlich. Judge O'Neill has no involvement in the case.  Accordingly, Petitioner's motion for change

of venue is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   June 6, 2007**                               **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE