**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARL F. HARRISON,** ) | CV F 03-5122 LJO WMW HC |
| ) | |
| Petitioner, ) | ORDER GRANTING MOTION |
| ) | TO LIFT STAY |
| v. ) | |
| ) | [Doc. 65] |
| **MIKE KNOWLES,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

   Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. This case is being held in abeyance pursuant to an order of the court entered November 20, 2003. On November 6, 2007, Petitioner filed a motion requesting that the stay in this case be lifted. Petitioner's request is HEREBY GRANTED and the stay in this case is lifted.

   IT IS SO ORDERED.

   Dated:   November 7, 2007           /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE