IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL F. HARRISON,** <br><br>               Petitioner, <br><br> v. <br><br> **MIKE KNOWLES,** <br><br>               Respondent. | CV F 03-5122 LJO WMW HC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE <br><br> (DOCUMENT #75) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 5, 2008.

IT IS SO ORDERED.

**Dated:**   **February 12, 2008**         /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE

[Proposed] Order