IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL F. HARRISON,** | 1:03-cv-5122 LJO WMW HC |
| Petitioner, | **ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE** |
| v. | |
| **MIKE KNOWLES,** | (Doc. 77) |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 11, 2008.

IT IS SO ORDERED.

**Dated:   April 8, 2008**          /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order