IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HARRISON, | 1:03-cv-05122-OWW-WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
|     vs. | |
| MIKE KNOWLES, | (DOCUMENT #83) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 12, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted THIRTY days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   May 19, 2008**           /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE