IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CARL F. HARRISON,** | ) | **CV F 03-5122 OWW WMW HC** |
| | ) | |
| Petitioner, | ) | **ORDER DENYING MOTIONS** |
| | ) | |
| v. | ) | **[Doc. 91]** |
| | ) | |
| | ) | |
| **MIKE KNOWLES,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner who is proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On September 10, 2008, Petitioner filed a motion for an evidentiary hearing and discovery, and for appointment of counsel. Petitioner's motions are HEREBY DENIED for the reasons previously explained to Petitioner in the court's orders of April 21, 2003, January 4, 2008, and January 10, 2008.

IT IS SO ORDERED.

1 | **Dated:   September 17, 2008**          /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE